THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* THOMAS ROBERT LUNDBLADE, Defendant-Appellant.

(No. 73-218;

Second District—March 31, 1975.

Opinion by Mr. PRESIDING JUSTICE THOMAS J. MORAN.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz, of Illinois State's Attorneys Association, of counsel), for the People.